**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. GARY DOUGLAS WATLAND,**

    **Defendant.**

---

**INDICTMENT
Title 18, United States Code, Section 1111**

---

The Grand Jury charges that:

<u>Count One</u>

On or about August 10, 2008, in the State and District of Colorado, at the United States Penitentiary, Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7(3), the defendant, GARY DOUGLAS WATLAND, with premeditation and malice aforethought, did unlawfully, willfully, deliberately, and maliciously kill Mark James Baker, a human being.

All in violation of Title 18, United States Code, Section 1111.

## NOTICE OF SPECIAL FINDINGS

The Grand Jury finds that:

(1.)  As to Count One, charging Murder in the First Degree in violation of Title 18, United States Code, Section 1111, in the killing of Mark James Baker, the defendant, GARY DOUGLAS WATLAND:

- (a.) was 18 years of age or older at the time of the offense,

    Title 18, United States Code, Section 3591(a);

- (b.) intentionally killed Mark James Baker,

    Title 18, United States Code, Section 3591(a)(2)(A);

- (c.) intentionally inflicted serious bodily injury which resulted in the death of Mark James Baker,

    Title 18, United States Code, Section 3591(a)(2)(B);

- (d.) intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Mark James Baker died as a direct result of the act,

    Title 18, United States Code, Section 3591(a)(2)(C);

- (e.) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the

        act constituted a reckless disregard for human life, and Mark James Baker died as a direct result of the act,

        Title 18, United States Code, Section 3591(a)(2)(D);

(f.)    has previously been convicted of a State offense punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm (as defined in Title 18, United States Code, Section 921) against another person,

        Title 18, United States Code, Section 3592(c)(2);

(g.)    has previously been convicted of a State offense resulting in the death of a person, for which a sentence of life imprisonment was authorized by statute,

        Title 18, United States Code, Section 3592(c)(3);

(h.)    has previously been convicted of 2 or more State offenses, punishable by a term of imprisonment of more than one year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person,

        Title 18, Unites States Code, Section 3592(c)(4);

(i.)    committed the offense after substantial planning and premeditation to cause the death of Mark James Baker.

        Title 18, United States Code, Section 3592(c)(9).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

A TRUE BILL:


*Ink signature on file in the Clerk's Office*
FOREPERSON



John F. Walsh
United States Attorney


s/Michael P. Carey
Michael P. Carey
Assistant United States Attorney


s/Kurt Bohn
Kurt Bohn
Assistant United States Attorney

United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
Telephone: 303-454-0100
Fax: 303-454-0403
Email: michael.carey@usdoj.gov