**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  11-cr-00038-JLK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.

**1.  GARY DOUGLAS WATLAND,**

      **Defendant.**

### ORDER

Kane, J.

On motion by the government (Doc. 11) to disclose to defense counsel sensitive information that is otherwise protected by various privacy statutes and to restrict the production and retention of documents that pose security issues for the Bureau of Prisons, and the Court concluding that the need adequately to prepare a defense in this case outweighs the need for continued privacy of this information, and the Court concluding that, at this time, the restrictions concerning security issues are reasonable;

      **IT IS ORDERED:**

          a) the government is authorized to disclose to defense counsel in the discovery process all records and any subsequently obtained records that are protected by the Financial Privacy Act, the Privacy Act, and the Medical Records

Privacy Act without redaction of this otherwise protected information;

      b) that the material produced by the government shall be used only in this case and for no other purpose without further Order from this Court;

      c) that the parties shall redact any statutorily protected information from any public document filed with the Court in accordance with this protective order and Rule 49.1 Federal Rules of Criminal Procedure; and

      d) that the information identified in Attachment A to Document 11 and all subsequently identified information shall not be produced, copied, or retained by anyone and shall be disclosed to or viewed by defendant Watland, or any other authorized person, only in the presence of defense counsel;

      e) that defense counsel shall not otherwise disclose or allow the protected records to be copied except by defense counsels' staff, who are specifically retained to assist counsel in this matter, without further Order of this Court and the government having an opportunity to challenge the additional production or disclosure;

      f) defense counsel shall maintain a log of all persons who have received, viewed, or copied these records, and those persons to whom disclosure was made; and

      g) that defense counsel shall not provide a copy or allow defendant Watland to retain a copy of the documents as designated in Attachment A regardless of whether these documents are in a paper or in an electronic format.

Dated February 9, 2011.                  **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE