IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A Motions Hearing is set for **June 29, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The defendant may appear by videoconference.

Dated:  June 23, 2011