IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Motions Hearing set for July 20, 2011 is **VACATED**.  Counsel will be contacted prior to re-setting.

Dated:  July 19, 2011