IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motions Hearing is **RESET** for **August 9, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Defendant may appear by videoconference.

---

Dated:  July 22, 2011