**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  August 9, 2011 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Terri Lindblom |

Criminal Action No.: 11-cr-00038-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michael P. Carey<br>Kurt J. Bohn<br>Patrick J. Burke (*via video conference*) |
| Plaintiff, | |
| v. | |
| GARY DOUGLAS WATLAND, | Nathan D. Chambers<br>Gail K. Johnson |
| Defendant. | |

**COURTROOM MINUTES**

**Motions Hearing**

**10:08 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Also present, via video conference, Patrick J. Burke.  Defendant present in custody via video conference.

Preliminary remarks by the Court.

**ORDERED:  Request by Mr. Burke to allow the Defendant's right hand to be uncuffed for today's hearing is GRANTED, as specified.**

Carmen Roberts, paralegal at the Bureau of Prisons, states that the Defendant cannot be uncuffed without approval from the warden.

The Court admonishes Ms. Roberts, regarding noncompliance with its ruling.

**ORDERED:  The Bureau of Prisons staff shall comply the Court's ruling to allow the Defendant to appear with his right hand uncuffed during today's hearing.**

Discussion regarding the status of discovery.

*11-cr-00038-JLK*
*Motions Hearing*
*August 9, 2011*

10:16 a.m.     Argument by Mr. Carey.  Questions by the Court.

Comments by the Court.

10:21 a.m.     Argument by Ms. Johnson.  Questions by the Court.

11:20 a.m.     Further argument by Mr. Carey.

11:32 a.m.     Argument by Ms. Johnson.

11:40 a.m.     Comments and rulings by the Court.

**ORDERED:  Motion For Specific Discovery And Brady Material And Information (Filed 6/1/11; Doc. No. 101) is GRANTED, as specified.**

Argument on Documents 99, 100, and 112.

11:54 a.m.     Argument by Mr. Chambers.

11:58 a.m.     Argument by Mr. Carey.

11:59 a.m.     Argument by Mr. Chambers.

Comments and rulings by the Court regarding the following:

**Motion For Release Of Grand Jury Materials (Filed 6/1/11; Doc. No. 99).  Motion For Disclosure Of Grand Jury Materials That Are Ministerial (Filed 6/1/11; doc. No. 100). Motion By Government To Disclose Grand Jury Matter (Filed 6/21/11; Doc No. 112).**

**ORDERED:  The motions are GRANTED IN PART, and DENIED IN PART. Specifically as follows:**

    **1.     GRANTED regarding transcripts, exhibits, instructions and minutes of the grand jury.  DENIED as to colloquy.**

    **2.     Disclosure is limited to defendant, defense counsel, defense criminal investigators and paralegals.  Shall not be disclosed to experts, putative witnesses or others.**

**ORDERED:  Motion Regarding Timing of Rule 12.2 Notice (Filed 6/15/11; Doc. No. 104) is GRANTED, as specified.  Disclosure is due by September 9, 2011.**

2

*11-cr-00038-JLK*
*Motions Hearing*
*August 9, 2011*

Argument on Doc. No. 105.

**ORDERED:** **Mr. Watland's Motion To Modify Protective Order Requested by The Government And Issued By The Court (Doc. 12) [Filed 6/15/11; Doc. No. 105] is GRANTED.**

12:00 p.m.   Further argument by Mr. Carey.

Argument on cross-motions to seal

12:13 p.m.   Argument by Mr. Chambers.

**ORDERED:** **Government's Motion To Seal Document 123 (Filed 7/6/11; Doc. No. 127) is GRANTED.**

**ORDERED:** **Mr. Watland's Motion To Seal Paragraph 4 Of document 123 As Well As The Three Attachments To Document 123 (Filed 7/7/11; Doc. No. 129) is GRANTED.**

Comments by Ms. Johnson regarding medical care need for Defendant.

Counsel is advised by the Court to file a motion regarding the Defendant's continued need for medical care.

Defendant's counsel shall meet in Chambers immediately following today's hearing for an ex parte discussion.

**12:20 p.m.   Court in recess.**
Hearing concluded.
Time in court - 02:12