IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 11-cr-38-JLK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY DOUGLAS WATLAND,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pursuant to the Order of Reference to Magistrate Judge in Criminal Case (*doc. # 293*) filed on December 16, 2011,

    IT IS ORDERED that a status conference will be held on **January 5, 2012, at 1:30 p.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER ORDERED that out-of-state counsel for the government and Mr. Watland may participate by video conference. Counsel for the government shall make arraignments for the video conference call and shall liaison with the court's courtroom deputy, Robin Mason at 303.335.2096, no later than **Noon on January 3, 2012**.

    IT IS FURTHER ORDERED that on or before **December 29, 2011**, counsel shall file, either jointly or separately, a status report that addresses: (1) what discovery has taken place, (2) what discovery remains outstanding, and (3) what, if any, discovery issues presently exist.

**DATED:**    December 19, 2011