**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  March 12, 2012 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Tracy Weir |

Criminal Action No.: 11-cr-00038-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michael P. Carey |
| | Kurt J. Bohn |
| | Jeffrey B. Kahan (via video conference) |
| Plaintiff, | |
| v. | |
| GARY DOUGLAS WATLAND, | Nathan D. Chambers |
| | Patrick J. Burke |
| | Gail K. Johnson (via video conference) |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**2:07 p.m.     Court in session.**

Court calls case.  Also present, Magistrate Judge Craig B. Shaffer.  Counsel present. Defendant present in custody, via video conference with Gail Johnson.  Also present, via video conference, Jeffrey B. Kahan, U.S. Department of Justice.

Preliminary remarks by the Court.

**ORDERED:** Motion To Order The Bureau Of Prisons To Allow Mr. Watland To Attend Non-Contact Legal Visits Without Being Handcuffed (Filed 9/26/11; Doc. No. 222) is DENIED as MOOT.

**ORDERED:** Mr. Watland's Motion For Amended Protective Order Consistent With The Court's Orders At The Motions Hearing Held August 9, 2011 (Filed 10/14/11; Doc. No. 234) is DENIED as MOOT.

Due to difficulties with video conferencing equipment, today's hearing will be reset after counsel meets with Magistrate Judge Shaffer on March 14, 2012.

**2:21 p.m.     Court in recess.**
Hearing concluded.
Time in court - 14 minutes.