IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cr-00038-JLK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: November 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*   *Counsel:*

UNITED STATES OF AMERICA,   Michael P. Carey
　　　　　　　　　　　　　　　　Kurt J. Bohn
　　　　　　　　　　　　　　　　Jeffrey Bradford Kahan *(appearing by telephone)*

　　　Plaintiff,

v.

GARY DOUGLAS WATLAND,   Gail Kathryn Johnson
　　　　　　　　　　　　　　　　Patrick J. Burke
　　　　　　　　　　　　　　　　Nathan Dale Chambers

　　　Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:   1:31 p.m.**
Court calls case. Appearances of counsel. *The defendant's appearance has been waived for this hearing.*

The court addresses the parties regarding the government's MOTION for Reconsideration re #631 Order on Motion for Disclosure,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for 404(b) Evidence,,,,,,,,,,,,,,,,, Order on Motion for James Hearing,,,,,,,,, Order on Motion to Compel,,,,,,,,, Motion Hearing,,,,,,,, (Docket No. 641, filed on 11/2/2012) and the defendant's Second MOTION for Discovery and Brady Material and Information (Docket No. 594, filed on 9/28/2012).

Ms. Johnson informs the court of the defendant's NOTICE Withdrawing Motion re #616 Response in Opposition, #594 Second MOTION for Discovery and Brady Material and Information (Docket No. 633, filed on 10/31/2012).

**ORDERED:** The court **WITHDRAWS** the defendant's Second MOTION for Discovery and

       Brady Material and Information (Docket No. 594, filed on 9/28/2012) pursuant to the defendant's NOTICE Withdrawing Motion re #616 Response in Opposition, #594 Second MOTION for Discovery and Brady Material and Information (Docket No. 633, filed on 10/31/2012).

Argument and discussion regarding the government's MOTION for Reconsideration re #631 Order on Motion for Disclosure,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for 404(b) Evidence,,,,,,,,,,,,,,,,,, Order on Motion for James Hearing,,,,,,,,, Order on Motion to Compel,,,,,,,,, Motion Hearing,,,,,,,,, (Docket No. 641, filed on 11/2/2012).

**ORDERED:** The court **DENIES** the government's MOTION for Reconsideration re #631 Order on Motion for Disclosure,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for 404(b) Evidence,,,,,,,,,,,,,,,,,, Order on Motion for James Hearing,,,,,,,,, Order on Motion to Compel,,,,,,,,, Motion Hearing,,,,,,,,, (Docket No. 641, filed on 11/2/2012).

HEARING CONCLUDED.

**Court in recess**:    **2:00 p.m.**
Total time in court:   00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.