# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Date:  May 7, 2013 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Mary George |

Criminal Action No.: 11-cr-00038-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| | Jeffrey B. Kahan |
| Plaintiff, | |
| v. | |
| GARY DOUGLAS WATLAND, | Gail K. Johnson |
| | Patrick J. Burke |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**9:34 a.m.      Court in session.**

Court calls case.  Appearances of counsel.  Defendant's appearance is waived for today's hearing.

Preliminary remarks by the Court.

**ORDERED:   Recommendation Regarding Motion Requesting Sanction For Non-Compliance (Filed 11/16/12; Doc. No. 659) is ADOPTED.**

Argument heard on Doc. No. 713.

9:37 a.m.      Argument by Ms. Johnson.

9:40 a.m.      Response by Ms. Covell.

9:42 a.m.      Rebuttal by Ms. Johnson.

9:45 a.m.      Comments and rulings by the Court.

*11-cr-00038-JLK*
*Motions Hearing*
*May 7, 2013*

| | |
|---|---|
| **ORDERED:** | **Motion To Dismiss Indictment Due To An Erroneous Instruction That Falsely Told Grand Jurors That A Magistrate Judge Had Previously Held a Hearing And Determined That There Was Probable Cause To Indict Mr. Watland For First-Degree Murder (Filed 12/26/12; Doc. No. 713) is DENIED.** |

Argument heard on Doc. No. 720.

9:47 a.m.    Argument by Ms. Johnson.

**ORDERED:    An Evidentiary Hearing, on Doc. No. 720, is set for June 18, 2013 at 9:30 a.m.  Defense counsel shall disclose the names and identities of their witness by May 28, 2013.  The Government shall respond and disclose the names and identities of any witnesses by June 11, 2013.  Both sides shall file their disclosures for the Court's review.**

9:54 a.m.    Argument by Mr. Kahan.  Questions by the Court.

9:58 a.m.    Argument by Ms. Johnson.

Argument heard on Doc. No. 799.

10:01 a.m.   Argument by Ms. Johnson.

**10:02 a.m.   Court in recess.**

**10:12 a.m.   Court in session.**

Comments by the Court.

10:17 a.m.   Argument by Ms. Johnson.

No oral argument by Ms. Covell.

**ORDERED:    Motion To Dismiss Indictment Due To The Government's Failure To Instruct The Grand Jury With Statutory Definitions Necessary To The Grand Jury's Findings In Order To Render The Indictment Facially Valid (Filed 2/28/13; Doc. No. 799) is DENIED.**

Discussion regarding discovery.

Comments regarding Doc. Nos. 800, 853, and 858.

**10:23 a.m.   Court in recess.**
Hearing concluded.
Time in court - 39 minutes.