IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  11-cr-00038-JLK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  May 31, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                              *Counsel:*

UNITED STATES OF AMERICA,                    Kurt J. Bohn
                                                                               Colleen Covell

    Plaintiff,

v.

GARY DOUGLAS WATLAND,                        Patrick J. Burke
                                                                               Gail K. Johnson
    Defendant.                                                   Nathan D. Chambers

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**

**Court in session:**     1:33 p.m.

Court calls case.  Appearances of counsel.  Mr. Gary Douglas Watland's appearance for this hearing has been waived.

**ORDERED:**            Plaintiff's **MOTION for Stipulated Protective Order Regarding Defendant's Requests for Production Numbers 103 and 104** [Doc. No. 915, filed 4/29/2013] is GRANTED.  The court and parties agree the Judge had previously granted the motion.

The court addresses the parties regarding Defendant's **Fourth Motion for Specific Discovery and Brady Material and Information** [Doc. No. 771, filed 2/7/2013].  The government states they believe they have fully complied with discovery requests and obligations.  The court finds that the motion is no longer pending.

**ORDERED:**            The court finds Defendant's **Fourth Motion for Specific Discovery and Brady Material and Information** [Doc. No. 771, filed 2/7/2013] is no longer pending as the Government states they believe they have fully complied.

**ORDERED:** To the extent that the parties have any additional filings or admissions that they wish to make relative to the completeness or incompleteness of discovery conducted by the government, those materials must be filed with the court **no later than noon on Wednesday, June 5, 2013**.

Discussion between the court and parties regarding the Status Reports that have been filed, the discovery of a potential witness for the Government, and the amount of discovery that has been produced.

HEARING CONCLUDED.
**Court in recess**:    2:04 p.m.
Total time in court:    0:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.