**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-cr-00038-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. GARY DOUGLAS WATLAND,**

    Defendant.

**SECOND AMENDED NOTICE OF INTENT TO SEEK THE DEATH PENALTY
PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3593**

United States of America, by John F. Walsh, United States Attorney for the District of Colorado, Kurt J. Bohn and Colleen Covell, Assistant United States Attorneys, and Jeffrey B. Kahan, Trial Attorney, United States Department of Justice, notifies this Court and the defendant, Gary Douglas Watland, that the government believes that the circumstances of the offense charged in Count One of the Indictment are such that, in the event that the defendant Gary Douglas Watland is convicted of this offense, a sentence of death is justified, and that the government will seek the sentence of death for the offense of Murder in the First Degree in the killing of Mark James Baker in violation of Title 18, United States Code, Sections 1111.  This Amended Notice includes and incorporates the entire text of the government's Amended Notice of Intent to Seek the Death Penalty (Doc. 381) and adds a new non-statutory aggravator at ¶ (11).  The new allegation is based on information that was unknown to government counsel when it filed the Amended Notice.

1

**(A.) <u>The government will prove the following intent factors in justifying a sentence of death.</u>**

The defendant, Gary Douglas Watland:

1. intentionally killed Mark James Baker.  Title 18, United States Code, Section 3591(a)(2)(A);

2. intentionally inflicted serious bodily injury which resulted in the death of Mark James Baker.  Title 18, United States Code, Section 3591(a)(2)(B);

3. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Mark James Baker died as a direct result of the act.  Title 18, United States Code, Section 3591(a)(2)(C);

4. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Mark James Baker died as a direct result of the act.  Title 18, United States Code, Section 3591(a)(2)(D).

**(B.) <u>The government will prove the following statutory aggravating factors in justifying a sentence of death.</u>**

The defendant, Gary Douglas Watland:

5. has previously been convicted of a State offense punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm (as defined in Title 18, United States Code, Section 921) against another person.  Title 18, United States Code, Section 3592(c)(2);

6. has previously been convicted of a State offense resulting in the death of a person, for which a sentence of life imprisonment was authorized by statute. Title 18, United States Code, Section 3592(c)(3);

7. has previously been convicted of 2 or more State offenses, punishable by a term of imprisonment of more than one year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person. Title 18, Unites States Code, Section 3592(c)(4);

8. committed the offense after substantial planning and premeditation to cause the death of Mark James Baker.  Title 18, United States Code, Section 3592(c)(9).

### (C.) **Pursuant to Title 18, United States Code, Section 3593(a), the government will prove the following non-statutory aggravating factors in justifying a sentence of death.**

The defendant, Gary Douglas Watland:

9. is a continuing danger to the lives and safety of other persons and defendant Gary Douglas Watland is likely to commit criminal acts of violence in the future as evidenced by:

   a) a low potential for rehabilitation as demonstrated by repeated violent criminal acts while in custody,

   b) a willingness to take human life and a lack of remorse for his acts of violence and attempted acts of violence as demonstrated by statements that he made following these violent acts,

10.  The defendant, Gary Douglas Watland, while in custody, attempted to threaten the lives of potential witnesses and other persons in social and familial relationships with the potential witnesses to include the minor child and other relatives of potential witnesses.

11.  As reflected by the victim's personal characteristics as a human being and the impact of the offense on the victim and the victim's family, the defendant caused loss, injury, and harm to the victims and the victims' families, *see Payne v. Tennessee*, 501 U.S. 808, 825-827 (1991).

12. The government will rely upon all of the evidence admitted by the Court in the determination of guilt, and upon the offenses of conviction as noticed in the Special Findings in the Indictment, as these prior criminal acts demonstrate the background, character, and culpability of the defendant, Gary Douglas Watland, as well as the circumstances of the offense charged in this Indictment.

## CONCLUSION

Based on all of the available information regarding the defendant's prior criminal history and criminal behavior, the government believes that the above-listed intent and aggravating factors apply to defendant Gary Douglas Watland. Should additional information become available which is applicable to these factors or should additional information become available that supports additional factors, the government will seek to amend this Notice at a reasonable time prior to trial.

Respectfully submitted, July 10, 2013.

<div style="margin-left:3em">

s/ John F. Walsh
John F. Walsh
United States Attorney

s/ Kurt J. Bohn
Kurt Bohn

s/Colleen Covell
Colleen Covell
Assistant United States Attorneys

United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone: 303-454-0100
Fax: 303-454-0403
Email: michael.carey@usdoj.gov

s/ Jeffrey B. Kahan
Trial Attorney
United States Department of Justice
United States Dept. of Justice
1331 F Street, NW; Rm. 337
Washington, D.C. 20530
Phone: 202-305-8910
Fax: 202-353-9779

</div>

## CERTIFICATE OF SERVICE

      I certify that on July 10, 2013, I electronically filed the foregoing **SECOND AMENDED NOTICE OF INTENT TO SEEK THE DEATH PENALTY PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3593** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Patrick J. Burke
    Patrick-J-Burke@msn.com

    Nathan D. Chambers
    nchambers@ccdzlaw.com

    Gail Kathryn Johnson
    gjohnson@johnson-brennan.com

                                    s/ Colleen Covell
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    1225 17th Street, Suite 700
                                    Denver, CO. 80202
                                    Telephone: 303-454-0100
                                    Fax: 303-454-0403
                                    Email: colleen.covell@usdoj.gov