IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **11-cr-38-JLK-CBS**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

      Defendant.

---

## ORDER RE: JURY SELECTION PROCEDURES

---

The parties have submitted a joint proposal for jury selection

procedures in which the parties have agreed to a set of procedures for the

jury selection process.

IT IS HEREBY ORDRED THAT:

1. Prospective jurors have been summoned to report to the

    Courthouse on January 7, 2014.  On January 7, 2014, the Court

    will give a brief orientation and preliminary instructions and the

prospective jurors will complete the Juror Questionnaire.  By the close of business on January 10, 2014, the Court will make the completed Juror Questionnaires electronically available to counsel for the parties for their review.  The Court will schedule an alternative date between January 13, 2014, and January 17, 2014, for those prospective jurors who are unable to appear in Court on January 7, 2014.  On this alternative date, the Court will again give a brief orientation and preliminary instructions and the prospective jurors will complete the Juror Questionnaire.  By the close of business on January 17, 2014, the Court will make the completed Juror Questionnaires from the alternative date electronically available to counsel for the parties for their review.

2. The Clerk shall create a list of prospective jurors who have completed the Juror Questionnaire.  The Clerk shall randomly shuffle the list of prospective jurors and create a newly ordered list of jurors by name and juror number and the order in which they will be called.  The Clerk will provide this list to the parties by the close of business on January 17, 2014.

3. Beginning on January 21, 2014, 12 jurors will be summoned per

day until a requisite number of jurors (70)[1] are qualified.  These
jurors shall be summoned in the order and according to the
randomly created list referenced in paragraph 2 above.  The jurors
will be called in numerical order according to the lowest number.

4. The 12 summoned jurors per day will be brought together into the
courtroom where the Court will provide an overview of the process
and general applicable legal concepts, including the possibility of a
death sentence during the Sentence Phase.  Thereafter, the Court
and parties will conduct general voir dire on issues for which
individual voir dire is not necessary.  Following the Court's general
voir dire, the parties will be afforded 30 minutes each to conduct
general voir dire with the United States going first.  Following this
general voir dire, challenges for cause will be made and argued.
Individual voir dire will then commence for the remaining
prospective jurors.

5. Jurors will return to the courtroom one at a time for individual voir

---

[1] This number accounts for 12 petit jurors, 20 peremptory strikes per side, 6
alternate jurors, 3 alternate strikes per side, and 6 additional prospective jurors in
case problems or issues arise.  The defense reserves the right to renew its
request for additional peremptory strikes.  The government does not agree to
additional peremptory strikes and will renew its objection if necessary.

dire.  After the Court conducts whatever individual voir dire it deems necessary and appropriate, the parties will be afforded the opportunity to question each prospective juror on his/her views regarding the death penalty and other sensitive matters appropriate for individual questioning.  The parties will alternate going first.   Only one attorney on behalf of each party may ask questions of an individual prospective juror.  Each side will be permitted 15 minutes for questioning each individual prospective juror, which time limit may be exceeded with permission from the Court.  Challenges for cause will be argued after the completion of individual voir dire for each prospective juror.  The procedure is then repeated for the remaining prospective jurors.  Each prospective juror not excused for cause will remain at the call of the Court for possible jury service.

6. Once at least 70 jurors have been qualified and accepted by the parties, individual voir dire will cease.  The 70 jurors will be summoned to Court for the exercise of peremptory challenges. The first 18 jurors will be seated in the jury box in the random order as established in paragraph 2 above.  Jurors number 1

4

through 12 will constitute the jury and juror numbers 13 through 18

will be the alternate jurors.  Alternate jurors will not be advised of

their status as alternates. The parties will then alternate in

exercising peremptory challenges with the United States going

first.  Peremptory challenges will first be exercised as to the

prospective jurors in seats 1 through 12.  Replacement jurors will

be seated starting with juror number 19 and continuing according

to the random order as established in paragraph 2 above.  After all

peremptory challenges are either used or waived, the parties will

alternate in exercising peremptory challenges as to alternate jurors

(juror number 13 through 18) with the United States going first.

Replacement jurors for alternate jurors who have been excused

will be seated according to the random order as established in

paragraph 2 above.

Dated this 7th day of January, 2014, *nunc pro tunc* to December 20, 2013

**s/John L. Kane**_____
SENIOR U.S. DISTRICT JUDGE