**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 14, 2014                      Deputy Clerk: Bernique Abiakam
                                             Court Reporter: Mary George

---

Criminal Action No.: 11-cr-00038-JLK

UNITED STATES OF AMERICA,              Kurt J. Bohn
                                       Colleen Covell


              Plaintiff,

v.

GARY DOUGLAS WATLAND,                  Nathan D. Chambers
                                       Patrick J. Burke


              Defendant.

---

**COURTROOM MINUTES**

---

**In-Court Hearing**

**1:52 p.m.      Court in session.**

Counsel present.  Defendant not present.

**ORDERED:   Mr. Watland's Motion To Reconsider "Order Re Second (Omnibus)
            Motion To Suppress (Doc. 1213)" (Doc. 1376) [Filed 1/8/14; Doc. No.
            1440] is DENIED.**

**ORDERED:   Motion For Clarification Of Court's Order Regarding Whether And On
            What Basis The court Has Ruled That The Government
            Demonstrated Statutory Good Cause To Further Amend The Notice
            Of Intent To Seek the Death Penalty To Add The Victim-Impact
            Aggravator (Filed 1/3/14; Doc. No. 1428) Is DENIED.**

1:54 p.m.      Comment by Mr. Burke.

Discussion regarding Doc. No. 1462 - (UNDER SEAL)

Comments by the Court.

Comments by Mr. Chambers.

*11-cr-00038-JLK*
*In-Court Hearing*
*January 14, 2014*

Discussion regarding appearance of Defendant at tomorrow's hearing.

Comments by the Court regarding tendered instructions.

**ORDERED:    Jury Instruction Conference set for tomorrow, January 15, 2014 at
2:30 p.m. is VACATED.**

**ORDERED:    A CLOSED, In-Court Hearing is set for Thursday, January 16, 2014 at
9:00 a.m.  The appearance of the Defendant is REQUIRED.**

**2:19 p.m.        Court in recess.**
Hearing concluded.
Total time in court: 27 minutes.