**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy:  February 5, 2014
Court Reporter: Mary George

Date: February 5, 2014

Criminal Action No.: 11-cr-00038-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
|  | Kurt J. Bohn |
| Plaintiff, | Jeffrey B. Kahan |
| v. |  |
| GARY DOUGLAS WATLAND, | Nathan D. Chambers |
|  | Patrick J. Burke |
| Defendant. | Gail K. Johnson |

**SENTENCING MINUTES**
**(Proceeded by Change of Plea)**

**10:06 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Also present, James Moore, FBI. Defendant present in custody.

**Change of Plea Hearing:**   February 5, 2014

**Defendant plead guilty to Count One of the Indictment.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

The Defendant waives his right to allocution.

Comments and ruling by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

*11-cr-00038-JLK*
*Immediate Sentencing*
*February 5, 2014*

**IMPRISONMENT:**
**Defendant is sentenced as to Count One to a term of imprisonment of LIFE WITHOUT THE POSSIBILITY OF EARLY RELEASE.**

Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

Defendant is advised that he cannot appeal this conviction and that his sentence is fixed as a matter of law.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:29 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 1 minute. *(divided time)*